FILED
December 14, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D15

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Micah Cole Nevin and Chandra Kimberly Nevin | **Case No :** | 09-93605 - D - 7 |
| | | **Date :** | 12/9/09 |
| | | **Time :** | 10:30 |
| **Matter :** | 9 - Motion/Application for Relief from Stay [WGM-1] Filed by Creditor Onewest Bank, FSB (Fee Paid $150) (Isom) | | |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Carlene Walker | | |
| **Reporter :** | Laura Fowler | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Creditor's Attorney - Damian Richard repr. Onewest Bank, FSB
**Respondent(s) :**
None

### CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is
granted as provided in this order; automatic stay vacated; Fed. R. Bank. P. 4001(a)(3) is waived; no further relief afforded.


Dated:  December 14, 2009


Robert S. Bardwil, Judge
United States Bankruptcy Court