FILED
January 14, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D29

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Micah Cole Nevin and Chandra Kimberly Nevin | **Case No :** | 09-93605 - D - 7 |
| | | **Date :** | 1/13/10 |
| | | **Time :** | 10:30 |
| **Matter :** | [17] - Motion/Application for Relief from Stay [PD-1] Filed by Creditor U.S. Bank, National Association (Fee Paid $150) (mpem) [17] - Motion/Application for Adequate Protection [PD-1] Filed by Creditor U.S. Bank, National Association (mpem) | | |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Carlene Walker | | |
| **Reporter :** | Laurie Howard | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is
granted as provided in this order; automatic stay vacated; no further relief afforded. Resolved without oral argument.

Dated: January 14, 2010

Robert S. Bardwil, Judge
United States Bankruptcy Court